

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-13-00719-CV

**AMERICAN NATIONAL INSURANCE COMPANY,**
Appellant

v.

**THE CONESTOGA SETTLEMENT TRUST,** The RE Family Trust and Shea Ungar A/K/A
Hershey Ungar Trustee of the RE Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17464
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

On April 20, 2015, appellant American National Insurance Company filed an unopposed motion pursuant to Rule 18.1(c) of the Texas Rules of Appellate Procedure, asking this court to issue our mandate immediately, or alternatively, to issue an order clarifying a previous stay order rendered by this court on November 18, 2013. This request arises from an accelerated appeal previously filed and submitted in this court. While the appeal was pending, at the behest of appellant, this court rendered an order on November 18, 2013, staying the trial court proceedings in this matter "pending final disposition of this accelerated interlocutory appeal." Thereafter, the matter was submitted. On July 30, 2014, we issued our opinion and judgment in the accelerated appeal, affirming the trial court's judgment. Appellant filed a petition for review in the supreme court, which was denied on March 13, 2015. No motion for rehearing has been filed in the supreme court and appellant asserts none will be filed. Accordingly, we hold this interlocutory appeal has been finally disposed of pursuant to our order of November 18, 2013. However, to avoid further confusion by the parties, we will order the clerk of this court to immediately issue our mandate in this appeal. The issuance of the mandate finally disposes of this accelerated appeal.

Accordingly, we **GRANT** appellant's motion in part and **ORDER** the clerk of this court to immediately issue the court's mandate in appeal number 04-13-00719-CV, styled *American National Insurance Company v. The Conestoga Settlement Trust, The RE Family Trust and Shea Ungar a/k/a Hershey Ungar Trustee of The RE Family Trust*. The portion of appellant's motion asking that we clarify our prior order is **DENIED AS MOOT**. We further **ORDER** the clerk of this court to immediately serve a copy of this order on all counsel and the trial court.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2015.

Keith E. Hottle
Clerk of Court